```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GARY WARD,

                Plaintiff,

- against -

THE AMERICAN EXPRESS COMPANY ET AL.,

                Defendants.

21-cv-3258 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to file a Rule 26(f) report by **May 11, 2021**.

SO ORDERED.

Dated:    New York, New York
           April 28, 2021

                                    John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-28-21

USDS SDNY
DOCUMENT
ELECTRONICALLY F...
DOC #:
DATE: