UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY WARD,

                Plaintiff,

  - against -

THE AMERICAN EXPRESS COMPANY ET AL.,

                Defendants.

---

21-cv-3258 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The American Express Company will move to compel arbitration by September 3, 2021. The response is due September 20, 2021 and the reply is due September 30, 2021.

SO ORDERED.

Dated:   New York, New York
         July 29, 2021

                                    /s/ John G. Koeltl
                                   John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2021