UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY WARD,

                Plaintiff,          21-cv-3258 (JGK)

    - against -             ORDER

THE AMERICAN EXPRESS COMPANY ET
AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff having voluntarily dismissed this case with prejudice against all the defendants, the Clerk is directed to close this case.

SO ORDERED.
Dated:    New York, New York
          January 21, 2022

                                    John G. Koeltl
                      United States District Judge